# United States District Court
## Violation Notice

| | | | |
|---|---|---|---|
| CVB Location Code | Violation Number | Officer Name (Print) | Officer No. |
| CA76 | 2933170 | HOEFLICH | 2347 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Place of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code | HAZMAT ☐ |
|---|---|---|---|
| 9/9/14 1635 | HALF DOME | 36 CFR 1.5(F) | |

Offense Description: Factual Basis for Charge

ENTER A CLOSED AREA

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| SADOWSKY | REUBEN | P |

| Street Address | | | |
|---|---|---|---|
| City | State | Zip Code | Phone |
| CARBONDALE | CO | 81623 | |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|---|
| | | CO | | |

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| | | BRN | BRN | 6 | 150 |

**VEHICLE**  VIN:  CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

| PAY THIS AMOUNT → | $ Forfeiture Amount |
|---|---|
| | + $25 Processing Fee |
| | $ Total Collateral Due |

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|
| 20140000-024 | | |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 9/9, 20 14 while exercising my duties as a law enforcement officer in the EASTERN District of CALIFORNIA

At approximately 1230 hours Reuben Sadowsky reported that there was an injured man near the summit of Half Dome. Using a spotting scope I observed a person near the summit. While coordinating the rescue of this individual I interviewed Sadowsky at the Church Bowl Picnic Area. Sadowsky stated that he and Hayden Dudley had entered the Meadow Fire closed area on the morning of September 9, 2014. He stated that they had entered the closed area by hiking along the Merced River above Nevada Falls and that they continued up the Half Dome Trail and cables to the summit of Half Dome. On Monday September 8, 2014 the Meadow Fire area which includes the Half Dome Trail and all of Half Dome was closed until further notice by Superintendent's Order...

Numerous signs of the closure were posted in the Happy Isle's area.

The foregoing statement is based upon:

☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 9/10/14   [signature]
             Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

# United States District Court
## Violation Notice

| | | | |
|---|---|---|---|
| CVB Location Code | Violation Number | Officer Name (Print) | Officer No. |
| LA76 | 2933171 | HOEFLICH | 2347 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code | Place of Offense |
|---|---|---|
| 9/9/14 1635 | 36 CFR 2.17(a)(3) | HALF DOME |

Offense Description: Factual Basis for Charge

DELIVERY OF PERSON BY AIR

HAZMAT ☐   2933171

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| SADOWSKY | REUBEN | P |

| Street Address | | |
|---|---|---|
| City | State | Zip Code |
| CARBONDALE | CO | 81623 |

| Drivers License No | CDL ☐ | D.L. State | Social Security No. | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|---|
| | | CO | | |

☐ Adult  ☐ Juvenile   Sex ☒ Male ☐ Female   Hair BRN   Eyes BRN   Height 6:00   Weight 160

### VEHICLE   VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color | CMV ☐ |
|---|---|---|---|---|---|---|
| 2014GOA-024 | | | | | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

| PAY THIS AMOUNT → | $ Forfeiture Amount |
| | + $25 Processing Fee |
| | $ Total Collateral Due |

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __9/9__, 20 _14_, while exercising my duties as a law enforcement officer in the __EASTERN__ District of __CALIFORNIA__.

At approximately 1630 I interviewed Reuben Sadowsky at the Church Bowl Picnic area pursuant to an ongoing rescue of Hayden Dudley from the west summit of Half Dome. Sadowsky told me that at approximately 6:30 AM he took flight from the summit of Half Dome using a "Speedwing". Sadowsky said he flew for about 3 minutes and landed in the meadow near Curry Village. Sadowsky stated that Hayden Dudley was behind him and that Dudley crashed as he took off.

The foregoing statement is based upon:

☒ my personal observation   ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __9/10/14__   _[signature]_
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____