HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
REUBEN SADOWSKY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>REUBEN SADOWSKY,<br><br>*Defendant.* | Case No.  6:14-mj-00097 MJS<br><br>**APPEARANCE OF COUNSEL OF RECORD AND *CHANGE* IN DESIGNATION OF COUNSEL FOR SERVICE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as counsel of record in this case for REUBEN SADOWSKY, and designate counsel for service as follows:

> JANET BATEMAN
> Assistant Federal Defender
> 2300 Tulare Street, Suite 330
> Fresno, CA 93721-2226
> Telephone: (559) 487-5561

Former counsel for service was AFD Jerome Price.

I hereby certify that I am an attorney admitted to practice in this court.

Dated:  September 11, 2014

>   */s/     Janet Bateman*
> JANET BATEMAN
> Assistant Federal Defender
> Attorney for Defendant
> Reuben Sadowsky

Appearance and Change in Designation of Counsel    -1-