HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
REUBEN P. SADOWSKY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:14-mj-00097 MJS |
| *Plaintiff,* | **APPEARANCE OF COUNSEL OF RECORD AND *CHANGE* IN DESIGNATION OF COUNSEL FOR SERVICE** |
| vs. | |
| REUBEN P. SADOWSKY, | |
| *Defendant.* | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as counsel of record in this case for REUBEN P. SADOWSKY, and designate counsel for service as follows:

> MEGAN T. HOPKINS
> Assistant Federal Defender
> 2300 Tulare Street, Suite 330
> Fresno, CA 93721-2226
> Telephone: (559) 487-5561

Former counsel for service was AFD Janet Bateman.

I hereby certify that I am an attorney admitted to practice in this court.

Dated:  September 22, 2014

*/s/     Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
Reuben P. Sadowsky